MOHAMAD BASSEL KHAIR
1220 Crossing Way
Wayne, NJ 07470
Telephone: (862) 252-0828
Email: khair.b@watannetwork.com
Plaintiff, Pro Se

FILED
NOV 16 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

w/ summons

FILED BY FAX

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMAD BASSEL KHAIR,<br><br>Plaintiff,<br><br>v.<br><br>AWSS AL MASALMA, also known as "SAM MULLER," "SALMA ANN," "ANNA ANN," "ANNA AN," and "AWSS M,"<br><br>Defendant. | CV 26-13885<br>Case No. ________________ JD<br><br>**VERIFIED COMPLAINT FOR:**<br>**(1) COPYRIGHT INFRINGEMENT, 17 U.S.C. § 501; AND**<br>**(2) MISREPRESENTATION IN DMCA COUNTER-NOTIFICATIONS, 17 U.S.C. § 512(f)**<br><br>**DEMAND FOR JURY TRIAL** |

## I. NATURE OF THE ACTION

1. This action concerns unauthorized uploads to YouTube of full episodes of Syrian television series in which Plaintiff holds exclusive online rights, and false counter-notifications under the Digital Millennium Copyright Act ("DMCA") that Defendant submitted under a fictitious name to have those uploads restored.

2. After YouTube removed eight infringing videos on Plaintiff's takedown requests, Defendant submitted eight counter-notifications between November 11 and 15, 2026, each signed "Sam Muller," each sworn under penalty of perjury, and each listing the email address awss.almasalma@gmail.com.

3. "Sam Muller" is one of at least six names Defendant has used. Between October 29 and November 11, 2026, he submitted at least 47 further counter-notifications to Meta Platforms, Inc. against Plaintiff's Facebook takedowns under the names "Awss Al Masalma," "Awss M," "Salma Ann," "Anna Ann" and "Anna An," using the same email domains, street addresses and telephone numbers. Those Facebook counter-notifications are the subject of a separate action pending in the District of New Jersey, Khair v. Pole, No. 2:26-cv-14245-MCA-LDW. This action concerns the YouTube videos.

4. Plaintiff seeks an injunction, damages, and an order keeping the infringing videos from being restored.

## II. PARTIES

5. Plaintiff Mohamad Bassel Khair is an individual residing in Wayne, New Jersey. He is the exclusive licensee of the online rights in the works identified in Schedule A, by written license from Watan Group Network LLC, which holds those exclusive rights from each copyright owner.

6. Defendant Awss Al Masalma is an individual who, on information and belief, resides in Germany. In counter-notifications he has given the addresses Morbacherweg 3, 67806 Rockenhausen, Germany, and Königstrasse 20 (also written "Königstrasse 20-22" and "Konigstarsse 22"), 67655 Kaiserslautern, Germany; the telephone numbers +49 1577 7793333 and +49 1577 7779666; and the email addresses awss@awss.me, aws@awss.me, aw@awss.me, a@awss.me, awss.almasalma@gmail.com, salma@arbbio.com and report@arbbio.com.

7. Defendant has submitted counter-notifications under the names "Sam Muller," "Salma Ann," "Anna Ann," "Anna An," and "Awss M," in addition to his own name. On information and belief these are aliases of Defendant, for the reasons stated in Section VII.

8. The videos at issue were uploaded by the YouTube channels "Drama Kingdom" (youtube.com/@DramaKingdom) and "حكايا دراما" (Hakaya Drama, channel ID UCezVdn2NMKjsPt-sQDaVuDg). On information and belief, Defendant operates these channels

or acts in concert with the persons who do. Plaintiff will seek leave to amend to name any other responsible person once identified.

## III. JURISDICTION AND VENUE

9. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because the claims arise under the Copyright Act, 17 U.S.C. § 101 et seq.

10. This Court has personal jurisdiction over Defendant by his consent. Each YouTube counter-notification stated: "I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant," as 17 U.S.C. § 512(g)(3)(D) requires.

11. Each counter-notification gave an address in Germany. YouTube is located at 901 Cherry Avenue, San Bruno, California, in San Mateo County, within this District.

12. Venue is proper under 28 U.S.C. § 1391(c)(3) because Defendant does not reside in the United States, and under 28 U.S.C. § 1400(a).

13. Under Civil L.R. 3-2(c), this intellectual property action is assigned on a district-wide basis.

## IV. PLAINTIFF'S RIGHTS IN THE WORKS

14. The works at issue are the Syrian television series identified in Schedule A: WATAN HAF (وطن حاف), BATAL MEN HAZA AL ZAMAN (بطل من هذا الزمان) and SHAWAREA AL SHAM AL ATIQA (شوارع الشام العتيقة), owned by XYZ RGB Art Production; and ABNAA AL QAHR (أبناء القهر), AL TAIR (الطير) and HAJEZ AL SAMT (حاجز الصمت), owned by Ghazal for Art Production and Distribution.

15. Each work was first published in Syria. None is a "United States work" under 17 U.S.C. § 101, so registration is not a prerequisite to this action under 17 U.S.C. § 411(a).

16. By signed writings, each owner made Watan Group Network LLC its exclusively authorized company to manage, distribute, monetize, protect and enforce the works online worldwide, including on YouTube. (Exhibits A and B.) Watan Group Network LLC granted those

exclusive online rights to Plaintiff by written agreement, together with all accrued claims for their infringement and the right to sue. (Exhibit C.) Ghazal for Art Production and Distribution has also confirmed in writing that it never granted Defendant, "Drama Kingdom," or "Media Rights Register" any license or right in its productions. (Exhibit B.)

17. Plaintiff never authorized Defendant or the channels "Drama Kingdom" or "حكايا دراما" to reproduce, upload, or publicly perform any of the works.

**V. THE INFRINGING UPLOADS AND TAKEDOWNS**

18. The following videos reproduced and publicly performed full episodes of the works on YouTube (the "Videos"):

(a) https://www.youtube.com/watch?v=nJQNGWuiA6w; channel "حكايا دراما"; Watan Haf, S01E01; removed by YouTube November 9, 2026; counter-notification case ZUVGDCK3QEPHEVPJ7SSINM2M24.

(b) https://www.youtube.com/watch?v=eNJuUy2vXqg; channel "Drama Kingdom"; Batal Men Haza Al Zaman, S01E13; removed by YouTube November 10, 2026; counter-notification case C6CASXSLV5HCS3G37I553WJYPY.

(c) https://www.youtube.com/watch?v=-k4bU4ImNTA; channel "Drama Kingdom"; Batal Men Haza Al Zaman, S01E36; removed by YouTube November 11, 2026; counter-notification case IZMAJACRPY3KGGXGO73JGGNPUE.

(d) https://www.youtube.com/watch?v=0tkW76V0FxU; channel "حكايا دراما"; Abnaa Al Qahr, E07; removed by YouTube November 11, 2026; counter-notification case YR6IGQER7Z5C7Z2SPXMWCY366I.

(e) https://www.youtube.com/watch?v=WOkcNo7Nwgc; channel "حكايا دراما"; Al Tair, E13; removed by YouTube November 11, 2026; counter-notification case INBUNXPI5QN2QVTGVTYHMLMGSM.

(f) https://www.youtube.com/watch?v=yQSdKTCmN6g; channel "حكايا دراما"; Abnaa Al Qahr, E12; removed by YouTube November 12, 2026; counter-notification case BBTGTJFVKICVNURJISZMF3346E.

(g) https://www.youtube.com/watch?v=-z07u55FiVQ; channel "حكايا دراما"; Al Tair, E11; removed by YouTube November 13, 2026; counter-notification case XQR4FUTAHW3J75OIXBLK6QDLQ4.

(h) https://www.youtube.com/watch?v=Yss_K5gFaBc; channel "حكايا دراما"; Al Tair, E08; removed by YouTube November 14, 2026; counter-notification case P62MFN4DHG3FV7HNPTHQVX7FXE.

19. Watan Group Network LLC, acting for Plaintiff and the owners, submitted a DMCA takedown request to YouTube for each Video, signed by its agent Hazem S. Monajjed. YouTube removed each Video and confirmed the removal by email. (Exhibits D-1 through D-8.)

20. The same channels uploaded further episodes of the works that YouTube also removed on Watan's takedown requests (the "Additional Removed Videos"). No counter-notification had been received for them when this Complaint was filed. If any is counter-noticed, it is equally subject to this action:

(a) https://www.youtube.com/watch?v=am4yFnvHlt4; channel "Drama Kingdom"; Shawarea Al Sham Al Atiqa; takedown case DZZR6PBKYOKTF2FIPIYRCC4YLQ, November 10, 2026.

(b) https://www.youtube.com/watch?v=6zfsjAwDMRE; channel "حكايا زمان" (Hakaya Zaman, channel ID UCUVTJoH3unzUvPK67LRJLBQ); Watan Haf; takedown case QFGC4T2W2FIECTNKABKLLK7I5Q, November 10, 2026.

(c) https://www.youtube.com/watch?v=00YRzmCz7Q4; channel "حكايا زمان"; Watan Haf; takedown case MAD7X2EEELKOIQCUNRXOISPLJI, November 11, 2026.

(d) https://www.youtube.com/watch?v=UCvNQwL6JyA; channel "حكايا زمان"; Abnaa Al Qahr; takedown case P2JGXBFMAR543UTOX7CPXROHFU, November 12, 2026.

21. Plaintiff has also identified the following further unauthorized uploads of the works on YouTube, for which takedown requests are being submitted (the "Pending Videos"). Plaintiff will add any further uploads by amendment:

(a) https://www.youtube.com/watch?v=Mri8igNLlCY; Al Tair.

(b) https://www.youtube.com/watch?v=qu8kpnpam-I; Abnaa Al Qahr.

(c) https://www.youtube.com/watch?v=RKiNaBcbj3E; Hajez Al Samt.

## VI. THE "SAM MULLER" COUNTER-NOTIFICATIONS

22. Between November 11 and 15, 2026, YouTube forwarded to Plaintiff eight counter-notifications, one for each Video, each signed "Sam Muller" and each giving the email address awss.almasalma@gmail.com and an address on Königstrasse, 67655 Kaiserslautern, Germany. (Exhibits E-1 through E-8.)

23. Each counter-notification stated: "I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled."

24. The counter-notification for nJQNGWuiA6w claimed the uploader was authorized under a document of Syria's General Establishment for Television and Radio Production, Reference No. 147/SM dated January 25, 2023, issued to Louay Establishment for Artistic Production. Watan Haf is owned by XYZ RGB Art Production, which granted the exclusive online rights to Watan Group Network LLC (Exhibit A). Neither the General Establishment nor Louay Establishment holds the right to upload the work to YouTube. The General Organization for Television Production itself wrote to Watan Group Network LLC on November 2 and 5, 2026 that the channels "Drama Kingdom" (@dramakingdom) and "حكايا دراما" (@hakayadrama), and the Facebook Rights Manager accounts "Drama Kingdom" (ID 118950768738074) and "Media Rights Register" (ID 101267706090549), hold no rights to display or broadcast its content, and asked Watan to stop them. (Exhibit I.) The other counter-notifications stated only that the content "was published under valid rights and authorization granted by the legitimate rights holder," or that "We fully own and protect this content."

25. The removals were not mistakes. Each Video was a full, unaltered episode of a work in which Plaintiff holds exclusive rights, uploaded without Plaintiff's authorization.

26. YouTube has advised that it will restore the Videos unless, within 10 business days, Plaintiff provides evidence that he has filed an action seeking a court order against the uploader.

This Complaint is that action, for the Videos and for each video listed in paragraphs 20 and 21.

## VII. DEFENDANT'S USE OF ALIASES

27. "Sam Muller" is an alias of Defendant Awss Al Masalma. The counter-notifications themselves show this:

(a) All eight "Sam Muller" notices use the email address awss.almasalma@gmail.com, which contains Defendant's name.

(b) One "Sam Muller" notice (case IZMAJACRPY3KGGXGO73JGGNPUE) gives the telephone number 01577 7793333, the same number Defendant gave under his own name, as +49 1577 7793333, to Meta on October 29, 2026. (Exhibit G-1.)

(c) On November 10 and 11, 2026, Defendant, under his own name and the email a@awss.me, gave Meta the address "Königstrasse 20-22," the street that "Sam Muller" gives. (Exhibits G-7 and G-8.)

(d) The "Sam Muller" notice of November 14, 2026 (case BBTGTJFVKICVNURJISZMF3346E), filed with YouTube, states: "We urge Meta to verify the claims and restore all affected videos." Meta is the platform where Defendant filed his other counter-notifications, which shows the YouTube notice was written by the same person.

28. "Salma Ann," "Anna Ann," "Anna An" and "Awss M" are also aliases of Defendant:

(a) On October 30, 2026, a counter-notification signed "Salma Ann" used the email aw@awss.me, on Defendant's own domain. (Exhibit G-2.)

(b) On November 1, 2026, five counter-notifications signed "Awss M" used aw@awss.me and the Kaiserslautern address used by "Salma Ann" and "Anna Ann." (Exhibit G-3.)

(c) On November 9, 2026, a counter-notification signed "Salma Ann" gave Defendant's telephone number, +49 1577 7793333. (Exhibit G-5.)

(d) "Salma Ann" and "Anna Ann" share the email salma@arbbio.com and the telephone number +49 1577 7779666, which "Sam Muller" also gave in YouTube cases

YR6IGQER7Z5C7Z2SPXMWCY366I, INBUNXPI5QN2QVTGVTYHMLMGSM and P62MFN4DHG3FV7HNPTHQVX7FXE. (Exhibit G-4.)

29. In total, between October 29 and November 15, 2026, Defendant submitted at least 55 counter-notifications against Plaintiff's takedowns under these names. They are listed in Exhibit F.

30. Two of the Videos were uploaded by a YouTube channel named "Drama Kingdom," the same name (مملكة الدراما) as a Facebook Rights Manager account, ID 118950768738074, that has claimed Plaintiff's content on Facebook. On information and belief, Defendant operates the Drama Kingdom channel and Rights Manager account through a German company he controls, Drama Kingdom GmbH, registered on May 11, 2021 in the commercial register of the Kaiserslautern Local Court (Amtsgericht Kaiserslautern) under HRB 33221. Its registered address, Morbacherweg 3, 67806 Rockenhausen, and its listed telephone number, 01577 7793333, are the address and number Defendant gives in his own counter-notifications, and Defendant is its managing director (Geschäftsführer). (Exhibit H.)

31. A person who signs a counter-notification under a false name, while using his own contact details, knows the notification is not his honest sworn statement.

## VIII. COUNT I: COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

32. Plaintiff repeats paragraphs 1 through 31.

33. Plaintiff holds exclusive rights under 17 U.S.C. § 106 to reproduce, distribute and publicly perform the works online, and may sue as their exclusive licensee under 17 U.S.C. § 501(b).

34. Defendant, directly and through the channels he operates or acts in concert with, reproduced and publicly performed the works by uploading the Videos, the Additional Removed Videos and the Pending Videos without authorization.

35. On information and belief, Defendant knew the uploads were unauthorized, having received repeated takedowns of the same works.

36. Plaintiff has been harmed and, unless Defendant is enjoined, will continue to be harmed by the loss of exclusive licensing and advertising revenue from the works.

## IX. COUNT II: MISREPRESENTATION IN COUNTER-NOTIFICATIONS (17 U.S.C. § 512(f))

37. Plaintiff repeats paragraphs 1 through 36.

38. Defendant knowingly and materially misrepresented, in each "Sam Muller" counter-notification, that the Videos were removed by mistake or misidentification, and misrepresented his identity.

39. Plaintiff was injured by these misrepresentations, including the time and costs of responding to each counter-notification and of bringing this action to prevent restoration of the Videos.

40. Under 17 U.S.C. § 512(f), Defendant is liable for Plaintiff's damages, including costs.

## X. PRAYER FOR RELIEF

Plaintiff asks the Court to enter judgment:

A. That Defendant infringed Plaintiff's exclusive rights in the works;

B. Preliminarily and permanently enjoining Defendant and all persons acting in concert with him, under 17 U.S.C. § 502 and Fed. R. Civ. P. 65(d), from uploading, reproducing or publicly performing the works on YouTube or any other platform, under any name or account, including the channels "Drama Kingdom," "حكايا دراما" and "حكايا زمان";

C. Declaring that the Videos listed in paragraph 18, the Additional Removed Videos listed in paragraph 20 and the Pending Videos listed in paragraph 21 may not be restored or reposted while this action is pending, and directing that any counter-notification for them be treated as subject to this action;

D. Awarding Plaintiff's actual damages and Defendant's profits under 17 U.S.C. § 504(b);

E. Awarding damages under 17 U.S.C. § 512(f);

F. Awarding costs under 17 U.S.C. § 505; and

G. Granting such further relief as the Court finds just.

## XI. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

## VERIFICATION

I, Mohamad Bassel Khair, declare under penalty of perjury under the laws of the United States of America that I have read this Complaint and that the facts stated in it are true and correct to the best of my knowledge, information and belief.

Executed on November 16, 2026, at Wayne, New Jersey.

Mohamad Bassel Khair, Plaintiff, Pro Se
1220 Crossing Way, Wayne, NJ 07470
(862) 252-0828
khair.b@watannetwork.com

MOHAMAD BASSEL KHAIR
1220 Crossing Way
Wayne, NJ 07470
Telephone: (862) 252-0828
Email: khair.b@watannetwork.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MOHAMAD BASSEL KHAIR,

Plaintiff,

v.

AWSS AL MASALMA, also known as "SAM MULLER," "SALMA ANN," "ANNA ANN," "ANNA AN," and "AWSS M,"

Defendant.

Case No. ____________________

**SCHEDULE A TO VERIFIED COMPLAINT: WORKS AT ISSUE**

The following works are the subject of this action. Each is an Arabic-language television series first published in Syria. Plaintiff holds the exclusive online rights in each by written license from Watan Group Network LLC (Exhibit C), which holds them by signed authorization from the owner (Exhibits A and B).

1. WATAN HAF (وطن حاف). Copyright owner: XYZ RGB Art Production. Country of first publication: Syria. Licenses: Exhibit A; Exhibit C.
2. BATAL MEN HAZA AL ZAMAN (بطل من هذا الزمان). Copyright owner: XYZ RGB Art Production. Country of first publication: Syria. Licenses: Exhibit A; Exhibit C.

3. SHAWAREA AL SHAM AL ATIQA (شوارع الشام العتيقة). Copyright owner: XYZ RGB Art Production. Country of first publication: Syria. Licenses: Exhibit A; Exhibit C.

4. ABNAA AL QAHR (أبناء القهر). Copyright owner: Ghazal for Art Production and Distribution. Country of first publication: Syria. Licenses: Exhibit B; Exhibit C.

5. AL TAIR (الطير). Copyright owner: Ghazal for Art Production and Distribution. Country of first publication: Syria. Licenses: Exhibit B; Exhibit C.

6. HAJEZ AL SAMT (حاجز الصمت). Copyright owner: Ghazal for Art Production and Distribution. Country of first publication: Syria. Licenses: Exhibit B; Exhibit C.

# Exhibit A

Exclusive license agreement: XYZ RGB Art Production to Watan Group Network LLC
(Watan Haf, Batal Men Haza Al Zaman, Shawarea Al Sham Al Atiqa)

[Insert the signed agreement behind this page]

# Exhibit B

Ghazal for Art Production and Distribution: Declaration of Copyright Ownership and Exclusive Authorization of WatanNetwork, November 4, 2026
(covers Abnaa Al Qahr, Al Tair and Hajez Al Samt)

**GHAZAL FOR ART PRODUCTION & DISTRIBUTION**

**Osama Shehadeh**
CEO & General Manager

**Address:** Abu Rummane, Damascus, Syria
**Website:** https://www.ghazalartproduction.com
**YouTube:** https://www.youtube.com/@ghazalartprod
**Mobile:** +963 944 880 088 | +971 56 210 0795
**Tel:** +963 11 611 1161

P.O.Box: 33380 DAMASCUS

---

**TO WHOM IT MAY CONCERN**

**Subject: Declaration of Copyright Ownership and Exclusive Authorization of WatanNetwork**

Dear Sir/Madam,

We, **Ghazal for Art Production & Distribution**, represented by our CEO and General Manager, **Mr. Osama Shehadeh**, hereby confirm that our company holds lawful ownership, production, distribution, and/or exclusive licensing rights to numerous television series and audiovisual productions.

Examples of productions covered by our rights include:

**مسلسلات**

| | | | | |
|---|---|---|---|---|
| عائد الى حيفا<br>Aaed Ela Haifa | وشاء الهوى<br>Washa Al-Hawa | يلي الهوا رماك<br>Yalli hawa rmak | قلوب صغيرة<br>Qloob Saghera | حنظلة<br>Hanzla |
| رفيف وعكرمة<br>Rafef w Ekrema | سيرة الحب<br>Seret Al-Hob | حاجز الصمت<br>Hajez Al Samt | الطير<br>Al-Teer | الذنب<br>Al-Ze2eb |
| ابناء القهر<br>Abna Al-Kahr | ايام الولدنة<br>Ayam Waldane | هارون<br>Haroun | قتل الربيع<br>Katl El Rabe | الراية والغيث<br>Raya wl Ghaith |
| الانتظار<br>Al-Entizar | رجال العز<br>Rejal Al-Ezz | ورد اسود<br>Ward Aswad | أعيدو صباحي<br>Aedo Sabahi | سحر الشرق<br>Sehr Al-Sharq |
| أحلام الفتى يقظان<br>Ahlam Fta Ykzan | أحلى المرايا<br>Ahla Al-Maraya | الروليت<br>Al-Roullet | شاميات<br>Shamiat | خبز وملح<br>Khebz W Melh |
| ابو البنات<br>Abo El-bnat | العقدة<br>Al-Okda | غاردينيا<br>Ghardenia | فرصة عمر<br>Forset Omer | تل اللوز<br>Tal El Loz |
| الملك لله<br>Almolk le Allah | أزهار الشتاء<br>Azhar Al-Sheta | خان الحرير<br>Khan Al-Hareer | خمسة وخميسة<br>Khamsa w Khmesa | سيرة ال الجلالي<br>Seret Al Jlali |
| هل هو الحب<br>Hal Hoa Hob | ابناء و أمهات<br>Abna W Omhat | مجموعة أعمال مصرية | مجموعة برامج وثائقية | مجموعة أعمال كرتونية |

This list is illustrative and does not limit our rights in other productions.

**We expressly confirm that Watan Group Network, LLC, DBA WatanNetwork, represented by Mr. Mohamad Bassel Khair, is our exclusively authorized company to manage, distribute, monetize, protect, and enforce our copyrights and audiovisual content online worldwide, including but not limited to Facebook, Instagram, YouTube, Meta Rights Manager, and YouTube Content ID.**

WatanNetwork is authorized to submit copyright claims, takedown notices, ownership disputes, and other enforcement requests, and to communicate with digital platforms and relevant authorities on our behalf.

We further confirm that **we have never granted Mr. Aws Al-Masalmeh, Drama Kingdom GH, or Media Rights Register** any authorization, license, permission, or rights to publish, distribute, monetize, register, manage, or claim ownership of our copyrighted productions.

Additionally, we have **never authorized the website** https://swef.com or its operators to issue ownership certificates, copyright registrations, or licensing documents concerning our productions.

Any claims of authorization from our company by the aforementioned parties are not recognized by us unless supported by a valid written agreement.

This declaration applies to all productions covered by our rights, not only those listed above, and is issued for submission to **courts, copyright authorities, Meta, YouTube, and other digital platforms**.

Sincerely,

**Osama Shehadeh**
CEO & General Manager
**GHAZAL FOR ART PRODUCTION & DISTRIBUTION**

Damascus, Syria
**Date:** November 4, 2026

**Signature:** ______________________

**Company Stamp:** ______________________

P.O.Box: 33380 DAMASCUS

# Exhibit C

Exclusive License and Assignment of Claims Agreement: Watan Group Network LLC to Mohamad Bassel Khair

# EXCLUSIVE LICENSE AND ASSIGNMENT OF CLAIMS AGREEMENT

This Exclusive License and Assignment of Claims Agreement (the "Agreement") is made on November 16, 2026 (the "Effective Date") between:

**WATAN GROUP NETWORK, LLC**, a New Jersey limited liability company, 1220 Crossing Way, Wayne, NJ 07470 ("Licensor"); and

**MOHAMAD BASSEL KHAIR**, an individual, 1220 Crossing Way, Wayne, NJ 07470 ("Licensee").

## Recitals

A. The television series listed in Schedule A (the "Works") were produced and first published in Syria by their owners: XYZ RGB Art Production and Ghazal for Art Production and Distribution (the "Owners").

B. Under written agreements with the Owners (the "Upstream Licenses"), Licensor holds exclusive rights to distribute, publicly perform, display and make available the Works online, including on YouTube and Facebook, together with the right to enforce those rights and to grant them to others.

C. Third parties have uploaded the Works without authorization and filed counter-notifications to restore them. Licensor wishes Licensee to hold and enforce the online rights directly.

## 1. Grant of exclusive license

1.1 Licensor grants Licensee the **exclusive** right, for the Term and in the Territory, to reproduce, distribute, publicly perform, publicly display and make available the Works by any online or digital means, including video-sharing platforms (YouTube, Facebook, Instagram, TikTok and similar), streaming services and websites (the "Licensed Rights").

1.2 "Territory" means worldwide, to the full extent of Licensor's rights under the Upstream Licenses.

1.3 During the Term, Licensor will not grant the Licensed Rights to anyone else and will not exercise them itself except as Licensee's agent under Section 1.4.

1.4 Licensee may appoint Licensor, and its employees and contractors, to monitor the platforms, file takedown notices and manage content-ID and rights-management tools on Licensee's behalf.

**2. Licensed works**

2.1 The Works are listed in Schedule A, which the parties may extend by a signed addendum.

2.2 Each Work includes all episodes, seasons, clips, trailers and excerpts, in every language and version.

2.3 (Initial only if true: _MK_____ / ______) This Agreement confirms in writing an exclusive license that Licensor granted Licensee orally on ______01/05/2026______________, which has been in effect since that date.

**3. Enforcement and assignment of accrued claims**

3.1 Licensee has the sole right to enforce the Licensed Rights, in Licensee's own name, against any infringer, including by sending notices under 17 U.S.C. § 512, responding to counter-notifications, and filing and settling lawsuits in any court.

3.2 Licensor assigns to Licensee all of Licensor's rights, title and interest in every claim and cause of action for infringement of the Licensed Rights that arose before the Effective Date, including claims under 17 U.S.C. §§ 501 and 512(f), and the right to all damages, profits, fees and other relief from those claims.

3.3 Licensee keeps all recoveries from enforcement, after paying the costs of enforcement.

**4. Cooperation**

4.1 Licensor will give Licensee, on request, copies of the Upstream Licenses, takedown records, account data, emails and any other evidence it holds, and will provide declarations and testimony.

4.2 If a court requires it, Licensor will join a lawsuit as a party, at Licensee's expense.

**5. Term and termination**

5.1 The Term starts on the Effective Date and runs for as long as Licensor holds the Licensed Rights under the Upstream Licenses.

5.2 Either party may end this Agreement on 90 days' written notice. Termination does not affect the claims assigned in Section 3.2, any lawsuit already filed, or Licensee's right to finish and collect on it.

**6. Consideration**

Licensee will enforce the Licensed Rights and bear the costs of doing so, and pays Licensor ten U.S. dollars (US$10). Each party confirms it has received good and valuable consideration.

**7. Warranties**

7.1 Licensor warrants that it holds the Licensed Rights under the Upstream Licenses, that those licenses permit this grant, and that it has not granted the Licensed Rights to anyone else.

7.2 Each signer warrants that they are authorized to sign for the party they sign for.

**8. General**

8.1 This Agreement is governed by the laws of New Jersey and the United States Copyright Act. 8.2 It is the parties' entire agreement on its subject and may be changed only in a writing signed by both. 8.3 If any part is unenforceable, the rest stays in effect. 8.4 It may be signed in counterparts and electronically; each copy is an original.

**LICENSOR: WATAN GROUP NETWORK, LLC**

By: ______________________________

Name: Mohamad Bassel Khair Title: Managing Member Date: November 16, 2026

**LICENSEE: MOHAMAD BASSEL KHAIR**, individually

Signature: ______________________________ Date: November 16, 2026

Date: November 16, 2026

**Schedule A: Licensed Works**

| # | Title (English) | Title (Arabic) | Owner | Upstream license |
|---|---|---|---|---|
| 1 | Watan Haf | وطن حاف | XYZ RGB Art Production | XYZ RGB to Watan (Exhibit A) |
| 2 | Batal Men Haza Al Zaman | بطل من هذا الزمان | XYZ RGB Art Production | XYZ RGB to Watan (Exhibit A) |
| 3 | Shawarea Al Sham Al Atiqa | شوارع الشام العتيقة | XYZ RGB Art Production | XYZ RGB to Watan (Exhibit A) |
| 4 | Abnaa Al Qahr | أبناء القهر | Ghazal for Art Production and Distribution | Ghazal to Watan (Exhibit B) |
| 5 | Al Tair | الطير | Ghazal for Art Production and Distribution | Ghazal to Watan (Exhibit B) |
| 6 | Hajez Al Samt | حاجز الصمت | Ghazal for Art Production and Distribution | Ghazal to Watan (Exhibit B) |

# Index of Exhibits

Prepared November 15, 2026.

| Exhibit | Description | Status |
|---|---|---|
| Schedule A | Works at issue | Attached to Complaint |
| A | XYZ RGB Art Production: authorization of Watan Group Network LLC | Attached before this index |
| B | Ghazal for Art Production and Distribution: Declaration of Copyright Ownership and Exclusive Authorization of WatanNetwork, Nov 4, 2026 | Attached before this index |
| C | Exclusive License and Assignment of Claims: Watan Group Network LLC to Plaintiff | Attached before this index |
| D-1 to D-8 | YouTube takedown confirmations for the 8 videos (page 1 of each) | Attached |
| E-1 to E-8 | The 8 "Sam Muller" counter-notifications (page 2 of each) | Attached |
| F | Table of 55 counter-notifications submitted under Defendant's names, Oct 29 to Nov 15, 2026 | Attached |
| G-1 to G-8 | Meta counter-notification emails cited in Section VII | Attached |
| H | Public register information for Drama Kingdom GmbH (Amtsgericht Kaiserslautern HRB 33221) | Attached (summary); official extract to be added |
| I | Letters of Syria's General Organization for Television Production to WatanNetwork, Nov 2 and Nov 5, 2026, with English translation | Follows Exhibit H |

# Exhibit D-1 / E-1

youtube.com/watch?v=nJQNGWuiA6w
Channel: حكايا دراما
Watan Haf (وطن حاف) S01E01

Page 1: YouTube takedown confirmation, case 3GJDFWKXJLCHNUWFNUKFLDSWFM
Page 2: Counter-notification, case ZUVGDCK3QEPHEVPJ7SSINM2M24

# [3GJDFWKXJLCHNUWFNUKFLDSWFM] YouTube Copyright Complaint Submission

**From** YouTube Copyright <youtube-disputes+1xaz7t9v5qoby0k@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-09 22:50

YouTube

Hi Watan Network Managed,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=nJQNGWuiA6w

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=nJQNGWuiA6w
Describe the work allegedly infringed: Watan.Haf.S01.E01 - وطن حاف

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Hazem S Monajjed

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 9, 2026 copyright@watannetwork.com wrote:

Video IDs: nJQNGWuiA6w

# Re: [ZUVGDCK3QEPHEVPJ7SSINM2M24] New Copyright Counter Notification

**From** YouTube Copyright <youtube-disputes+0g8qbnxgtmzzq0h@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-11 10:13

YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=nJQNGWuiA6w

Display name of uploader: حكايا دراما

I have a good-faith belief that this video was removed due to a mistake or misidentification of the rights associated with the content. The audiovisual work belongs to the catalogue of the General Establishment for Television and Radio Production (Syrian Arab Republic). The General Establishment issued an official authorization, Reference No. 147/S.M, dated January 25, 2023, confirming the grant of screening rights for specified television series on the Hakaya Drama YouTube channel to Louay Establishment for Artistic Production, pursuant to Contract No. 1 dated January 22, 2023. The removed video contains material from [وطن حلف], which is among the works covered by this authorization. The official authorization does not specify an expiration date. I believe the publication of this material was authorized under the applicable licensing arrangements and that the copyright removal request failed to account for those rights. The supporting documentation includes the original Arabic authorization and its certified English translation, bearing official signatures and stamps. I respectfully request that YouTube process this counter notification, reinstate the removed video, and remove the associated copyright strike in accordance with the applicable legal procedures. I am prepared to provide the relevant authorization and supporting contractual documentation upon request.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Sam Muller

Sam Muller
Konigstrasse 20
67655 Kaiserslautren, RLP
Germany

awss.almasalma@gmail.com

1577779666

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit D-2 / E-2

youtube.com/watch?v=eNJuUy2vXqg
Channel: Drama Kingdom
Batal Men Haza Al Zaman (بطل من هذا الزمان) S01E13

Page 1: YouTube takedown confirmation, case 64SHJTEX5ZAWJIOS25RZCUJLGM
Page 2: Counter-notification, case C6CASXSLV5HCS3G37I553WJYPY

# [64SHJTEX5ZAWJIOS25RZCUJLGM] YouTube Copyright Complaint Submission

**From** YouTube Copyright <youtube-disputes+32539w7ctwwbg0k@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-10 17:29

YouTube

Hi Watan Network Managed,

Thank you for your response. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=eNJuUy2vXqg

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=eNJuUy2vXqg
Describe the work allegedly infringed: Batal.Men.Haza.Al.Zaman.S01.E13 - بطل من هذا الزمان

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Hazem S Monajjed

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 10, 2026 copyright@watannetwork.com wrote:

# Re: [C6CASXSLV5HCS3G37I553WJYPY] New Copyright Counter Notification

**From** YouTube Copyright <youtube-disputes+0gnae5ysw461m0h@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-12 02:04

YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=eNJuUy2vXqg

Display name of uploader: Drama Kingdom

I have a good-faith belief that the removal of this content resulted from a mistake or misidentification. The content was published under valid rights and authorization granted by the legitimate rights holder. I have the necessary permission to use, publish, and distribute this material, and supporting documentation is available upon request. I therefore dispute the allegation of copyright infringement and respectfully request that YouTube reinstate the removed content and remove the associated copyright strike in accordance with the DMCA counter-notification procedure, unless the claimant provides the legally required notice of a filed court action seeking to restrain this use.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Sam Muller

Sam Muller
Konigstarsse 20
67655 Kaiserslautren, rlp
Germany

awss.almasalma@gmail.com

1577779666

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit D-3 / E-3

youtube.com/watch?v=-k4bU4ImNTA
Channel: Drama Kingdom
Batal Men Haza Al Zaman (بطل من هذا الزمان) S01E36

Page 1: YouTube takedown confirmation, case HBCKM4FDOU4VNIT6RQSONQIGGY
Page 2: Counter-notification, case IZMAJACRPY3KGGXGO73JGGNPUE

# [HBCKM4FDOU4VNIT6RQSONQIGGY] YouTube Copyright Complaint Submission

**From** YouTube Copyright <youtube-disputes+30jy7mii0974y0k@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-11 10:33

YouTube

Hi Watan Network Managed,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=-k4bU4ImNTA

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=-k4bU4ImNTA
Describe the work allegedly infringed: Batal.Men.Haza.Al.Zaman.S01.E36 - بطل من هذا الزمان

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Hazem S Monajjed

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2026 copyright@watannetwork.com wrote:

Video IDs: -k4bU4ImNTA

# Re: [IZMAJACRPY3KGGXGO73JGGNPUE] New Copyright Counter Notification

**From** YouTube Copyright <youtube-disputes+3iqpqujqol0s40h@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-12 01:43

YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=-k4bU4lmNTA

Display name of uploader: Drama Kingdom

I have a good-faith belief that the removal of this content resulted from a mistake or misidentification. The content was published under valid rights and authorization granted by the legitimate rights holder. I have the necessary permission to use, publish, and distribute this material, and supporting documentation is available upon request. I therefore dispute the allegation of copyright infringement and respectfully request that YouTube reinstate the removed content and remove the associated copyright strike in accordance with the DMCA counter-notification procedure, unless the claimant provides the legally required notice of a filed court action seeking to restrain this use.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Sam Muller

Sam Muller
Konigstrasse 20
67655 Kaiserslautren, rlp
Germany

awss.almasalma@gmail.com

01577 7793333

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit D-4 / E-4

youtube.com/watch?v=0tkW76V0FxU
Channel: حكايا دراما
Abnaa Al Qahr (أبناء القهر) E07

Page 1: YouTube takedown confirmation, case QLQTPSU2TTTL4W73LY2L3JLNEQ
Page 2: Counter-notification, case YR6IGQER7Z5C7Z2SPXMWCY366I

# [QLQTPSU2TTTL4W73LY2L3JLNEQ] YouTube Copyright Complaint Submission

**From** YouTube Copyright <youtube-disputes+1bgwww6sqm0b60k@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-11 15:18

YouTube

Hi Watan Network Managed,

Thank you for your response. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=0tkW76V0FxU

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=0tkW76V0FxU
Describe the work allegedly infringed: مسلسل ابناء القهر - الحلقة 7 السابعة كاملة HD

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Hazem S Monajjed

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2026 copyright@watannetwork.com wrote:

# Re: [YR6IGQER7Z5C7Z2SPXMWCY366I] New Copyright Counter Notification

**From** YouTube Copyright <youtube-disputes+19hohmk19gbaa0h@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-12 02:18

YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=0tkW76V0FxU

Display name of uploader: حكايا دراما

I have a good-faith belief that the removal of this content resulted from a mistake or misidentification. The content was published under valid rights and authorization granted by the legitimate rights holder. I have the necessary permission to use, publish, and distribute this material, and supporting documentation is available upon request. I therefore dispute the allegation of copyright infringement and respectfully request that YouTube reinstate the removed content and remove the associated copyright strike in accordance with the DMCA counter-notification procedure, unless the claimant provides the legally required notice of a filed court action seeking to restrain this use.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Sam Muller

Sam Muller
Konigstarsse
67655 Kaiserslautren, rlp
Germany

awss.almasalma@gmail.com

01577 7779666

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit D-5 / E-5

youtube.com/watch?v=WOkcNo7Nwgc
Channel: حكايا دراما
Al Tair (الطير) E13

Page 1: YouTube takedown confirmation, case GPBTE2HBWYLFDD4WSSQFM43PJ4
Page 2: Counter-notification, case INBUNXPI5QN2QVTGVTYHMLMGSM

# [GPBTE2HBWYLFDD4WSSQFM43PJ4] YouTube Copyright Complaint Submission

**From** YouTube Copyright <youtube-disputes+00k2uyjymsa080k@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-11 15:17

YouTube

Hi Watan Network Managed,

Thank you for your response. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=WOkcNo7Nwgc

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=WOkcNo7Nwgc
Describe the work allegedly infringed: مسلسل الطير - الحلقة 13 الثالثة عشر كاملة HD

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Hazem S Monajjed

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 10, 2026 copyright@watannetwork.com wrote:

# Re: [INBUNXPI5QN2QVTGVTYHMLMGSM] New Copyright Counter Notification

**From** YouTube Copyright <youtube-disputes+1jua131y0z23l0h@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-13 09:50

YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=WOkcNo7Nwgc

Display name of uploader: حكايا دراما

I have a good-faith belief that the removal of this content resulted from a mistake or misidentification. The content was published under valid rights and authorization granted by the legitimate rights holder. I have the necessary permission to use, publish, and distribute this material, and supporting documentation is available upon request. I therefore dispute the allegation of copyright infringement and respectfully request that YouTube reinstate the removed content and remove the associated copyright strike in accordance with the DMCA counter-notification procedure, unless the claimant provides the legally required notice of a filed court action seeking to restrain this use.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Sam Muller

Sam Muller
Konigstarsse 20
67655 Kiaserslautren, rlp
Germany

awss.almasalma@gmail.com

01577 7779666

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit D-6 / E-6

youtube.com/watch?v=-z07u55FiVQ
Channel: حكايا دراما
Al Tair (الطير) E11

Page 1: YouTube takedown confirmation, case 5N26BO4FQ3SEJUV377VOK7ACBU
Page 2: Counter-notification, case XQR4FUTAHW3J75OIXBLK6QDLQ4

# [5N26BO4FQ3SEJUV377VOK7ACBU] YouTube Copyright Complaint Submission

**From** YouTube Copyright <youtube-disputes+3apwiorui867f0k@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-13 09:57

YouTube

Hi Watan Network Managed,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=-z07u55FiVQ

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=-z07u55FiVQ
Describe the work allegedly infringed: مسلسل الطير - الحلقة 11 الحادية عشر كاملة HD

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Hazem S Monajjed

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2026 copyright@watannetwork.com wrote:

Video IDs: -z07u55FIVQ

# Re: [XQR4FUTAHW3J75OIXBLK6QDLQ4] New Copyright Counter Notification

**From** YouTube Copyright <youtube-disputes+0rc2vjyfbg87p0h@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-13 14:27

YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=-z07u55FiVQ

Display name of uploader: حكايا دراما

I have a good-faith belief that the removal of this content resulted from a mistake or misidentification. The content was published under valid rights and authorization granted by the legitimate rights holder. I have the necessary permission to use, publish, and distribute this material, and supporting documentation is available upon request. I therefore dispute the allegation of copyright infringement and respectfully request that YouTube reinstate the removed content and remove the associated copyright strike in accordance with the DMCA counter-notification procedure, unless the claimant provides the legally required notice of a filed court action seeking to restrain this use.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Sam Muller

Sam Muller
Konigstarsse 22
67655 Kaiserslautren, rlp
Germany

awss.almasalma@gmail.com

1577779666

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit D-7 / E-7

youtube.com/watch?v=yQSdKTCmN6g
Channel: حكايا دراما
Abnaa Al Qahr (أبناء القهر) E12

Page 1: YouTube takedown confirmation, case CTDF7IM3L4HRTMVW6LME6ZVO64
Page 2: Counter-notification, case BBTGTJFVKICVNURJISZMF3346E

# [CTDF7IM3L4HRTMVW6LME6ZVO64] YouTube Copyright Complaint Submission

**From** YouTube Copyright <youtube-disputes+1cpxng2siwfmt0k@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-12 13:34

YouTube

Hi Watan Network Managed,

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=yQSdKTCmN6g

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=yQSdKTCmN6g
Describe the work allegedly infringed: مسلسل أبناء القهر - الحلقة 12 الثانية عشر كاملة HD

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Hazem S Monajjed

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 12, 2026 copyright@watannetwork.com wrote:

Video IDs: yQSdKTCmN6g

# Re: [BBTGTJFVKICVNURJISZMF3346E] New Copyright Counter Notification

**From** YouTube Copyright <youtube-disputes+2jouhsl7oeajt0h@google.com>
**To** <copyright@watannetwork.com>
**Date** 2026-11-14 08:54

YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=yQSdKTCmN6g

Display name of uploader: حكايا دراما

We fully own and protect this content. Videos were removed based solely on YouTube links, without proof of ownership. The reports are abusive and intended to intimidate us. We urge Meta to verify the claims and restore all affected videos.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Sam Muller

Sam Muller
konigstrasse 20
67655 kaiserslautren, RLP
Germany

awss.almasalma@gmail.com

1577779666

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit D-8 / E-8

youtube.com/watch?v=Yss_K5gFaBc
Channel: حكايا دراما
Al Tair (الطير) E08

Page 1: YouTube takedown confirmation, case CERFBB3PIFEJTLPFP7NZ7K3STU
Page 2: Counter-notification, case P62MFN4DHG3FV7HNPTHQVX7FXE

From: YouTube Copyright <youtube-disputes+32vjltvytyiij0k@google.com>
To: copyright@watannetwork.com
Date: Sat, 14 Nov 2026 08:20:42 +0000
Subject: [CERFBB3PIFEJTLPFP7NZ7K3STU] YouTube Copyright Complaint Submission

Hi Watan Network Managed,

Thank you for your removal request. We've reviewed it and provided updates below.

Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=Yss_K5gFaBc

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Yss_K5gFaBc
Describe the work allegedly infringed: مسلسل الطير - الحلقة 8 الثامنة كاملة HD

I state UNDER PENALTY OF PERJURY that:

I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
This notification is accurate.
I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Hazem S Monajjed

On Nov 14, 2026 copyright@watannetwork.com wrote:
Video IDs: Yss_K5gFaBc

From: YouTube Copyright <youtube-disputes+219ncx00vlmvp0h@google.com>
To: copyright@watannetwork.com
Date: Sun, 15 Nov 2026 09:20:58 +0000
Subject: Re: [P62MFN4DHG3FV7HNPTHQVX7FXE] New Copyright Counter Notification

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have 10 US business days to reply to this counter notification. Your response must include evidence that you've taken legal action against the uploader to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

Evidence should be submitted by replying directly to this email. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

http://www.youtube.com/watch?v=Yss_K5gFaBc

Display name of uploader: حكايا دراما

I have a good-faith belief that the removal of this content resulted from a mistake or misidentification. The content was published under valid rights and authorization granted by the legitimate rights holder. I have the necessary permission to use, publish, and distribute this material, and supporting documentation is available upon request. I therefore dispute the allegation of copyright infringement and respectfully request that YouTube reinstate the removed content and remove the associated copyright strike in accordance with the DMCA counter-notification procedure, unless the claimant provides the legally required notice of a filed court action seeking to restrain this use.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Sam Muller

Sam Muller
Konigstrasse 20
67655 Kaiserslautren, RLP
Germany

awss.almasalma@gmail.com

01577 7779666

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Exhibit F

Counter-notifications submitted under Defendant's names

## Exhibit F: Counter-notifications submitted under the names Awss Al Masalma, Awss M, Salma Ann, Anna Ann, Anna An and Sam Muller

55 counter-notifications received October 29 to November 15, 2026. Facebook notices were forwarded by Meta Platforms to DMCA@watannetwork.com; YouTube notices by YouTube to copyright@watannetwork.com. Values are copied exactly as the filer typed them.

| # | Received | Platform | Report / case | Name used | Email | Address | Phone | Content disputed |
|---|---|---|---|---|---|---|---|---|
| 1 | 2026-10-29 | Facebook | 1664796045261061 | Awss Al Masalma | awss@awss.me | Morbacherweg 3, 67806 Rockenhausen | +4915777793333 | facebook.com/reel/1827440118294002/ |
| 2 | 2026-10-30 | Facebook | 1580190923289669 | Salma Ann | aw@awss.me | Konigstrasse 20, Kaiserslautren | +49015777779666 | facebook.com/reel/28921081640862853/ |
| 3 | 2026-10-30 | Facebook | 1580190923289669 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +49015777779666 | facebook.com/reel/1130475692848657/ |
| 4 | 2026-10-30 | Facebook | 1580190923289669 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +49015777779666 | facebook.com/reel/1488552213104827/ |
| 5 | 2026-10-30 | Facebook | 1580190923289669 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +49015777779666 | facebook.com/reel/2391956491597309/ |
| 6 | 2026-10-30 | Facebook | 1580190923289669 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +49015777779666 | facebook.com/reel/1643429547375840/ |
| 7 | 2026-10-30 | Facebook | 1580190923289669 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +49015777779666 | facebook.com/reel/1106652355164198/ |
| 8 | 2026-10-30 | Facebook | 1580190923289669 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +49015777779666 | facebook.com/reel/1080492948287329/ |
| 9 | 2026-10-30 | Facebook | 1580190923289669 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/1127860529577747/ |
| 10 | 2026-10-30 | Facebook | 1580190923289669 | Salma ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +49015777779666 | facebook.com/reel/1177020811499140/ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11 | 2026-10-30 | Facebook | 948993727864152 | Salma ann | salma@arbbio.com | konigstrasse 20, Kaisersalutren | +491577779666 | facebook.com/reel/1385241427129055/ |
| 12 | 2026-11-01 | Facebook | 1437543301901153 | Awss M | aw@awss.me | Konigstrasse 20, Kaiserslautren | +4915777793333 | facebook.com/reel/1577107383649852/ |
| 13 | 2026-11-01 | Facebook | 1437543301901153 | Awss M | aw@awss.me | Konigstrasse 20, Kaiserslautren | +4915777793333 | facebook.com/reel/28897039279892866/ |
| 14 | 2026-11-01 | Facebook | 1437543301901153 | Awss M | aw@awss.me | Konigstrasse 20, Kaiserslautren | +4915777793333 | facebook.com/reel/2178992266359500/ |
| 15 | 2026-11-01 | Facebook | 1437543301901153 | Awss M | aw@awss.me | Konigstrasse 20, Kaiserslautren | +4915777793333 | facebook.com/reel/1749992612900940/ |
| 16 | 2026-11-01 | Facebook | 1437543301901153 | Awss M | aw@awss.me | Konigstrasse 20, Kaiserslautren | +4915777793333 | facebook.com/reel/1466853658642362/ |
| 17 | 2026-11-02 | Facebook | 2188410268550444 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +491577779666 | facebook.com/reel/3697284517094081/ |
| 18 | 2026-11-02 | Facebook | 2188410268550444 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/1643721230760441/ |
| 19 | 2026-11-02 | Facebook | 2188410268550444 | Anna Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/1119727963746769/ |
| 20 | 2026-11-02 | Facebook | 1586893930129983 | Anna Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/4098867943582620/ |
| 21 | 2026-11-02 | Facebook | 1586893930129983 | Anna Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/2612882282550370/ |
| 22 | 2026-11-02 | Facebook | 1586893930129983 | Awss m | aws@awss.me | Konigstrasse 20, Kaiserslautren | +4915777793333 | facebook.com/reel/1890500752314432/ |
| 23 | 2026-11-02 | Facebook | 1586893930129983 | Awss Al Masalma | aws@awss.me | Königstrasse 20-22 | +49015777793333 | facebook.com/reel/2974609896213524/ |
| 24 | 2026-11-02 | Facebook | 1586893930129983 | Awss m | aws@awss.me | Königstrasse 20-22 | +49015777793333 | facebook.com/reel/944109558532628/ |
| 25 | 2026-11-02 | Facebook | 1586893930129983 | Awss m | aws@awss.me | Königstrasse 20-22 | +49015777793333 | facebook.com/reel/1936380841069979/ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 26 | 2026-11-02 | Facebook | 1586893930129983 | Awss m | aws@awss.me | Königstrasse 20-22 | +49015777793333 | facebook.com/reel/1880896763284725/ |
| 27 | 2026-11-02 | Facebook | 1586893930129983 | Awss m | aws@awss.me | Königstrasse 20-22 | +49015777793333 | facebook.com/reel/1232976616380861/ |
| 28 | 2026-11-02 | Facebook | 1586893930129983 | Awss m | aws@awss.me | Königstrasse 20-22 | +49015777793333 | facebook.com/reel/1099438016023194/ |
| 29 | 2026-11-02 | Facebook | 1586893930129983 | Awss m | aws@awss.me | Königstrasse 20-22 | +49015777793333 | facebook.com/reel/2290521579013187/ |
| 30 | 2026-11-02 | Facebook | 1586893930129983 | Awss m | aws@awss.me | Königstrasse 20-22 | +49015777793333 | facebook.com/reel/2148262056055967/ |
| 31 | 2026-11-02 | Facebook | 1586893930129983 | Awss m | aws@awss.me | Königstrasse 20-22 | +49015777793333 | facebook.com/reel/2331933947607047/ |
| 32 | 2026-11-02 | Facebook | 1885631732883337 | Anna Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/2422736088531942/ |
| 33 | 2026-11-02 | Facebook | 1885631732883337 | Anna Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/993070623155115/ |
| 34 | 2026-11-02 | Facebook | 1885631732883337 | Anna Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/1491458202835549/ |
| 35 | 2026-11-02 | Facebook | 1885631732883337 | Anna Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/2014851655847599/ |
| 36 | 2026-11-02 | Facebook | 1885631732883337 | Anna Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/4058660114440230/ |
| 37 | 2026-11-02 | Facebook | 1885631732883337 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/1151701637797034/ |
| 38 | 2026-11-02 | Facebook | 1885631732883337 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/2034323237285718/ |
| 39 | 2026-11-02 | Facebook | 1885631732883337 | Salma Ann | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +49015777779666 | facebook.com/reel/1452984503463913/ |
| 40 | 2026-11-02 | Facebook | 1885631732883337 | Anna An | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/1123590066748271/ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 41 | 2026-11-02 | Facebook | 1885631732883337 | Anna An | salma@arbbio.com | Konigstrasse 20, Kaiserslautren | +4915777779666 | facebook.com/reel/1001268283015520/ |
| 42 | 2026-11-09 | Facebook | 2115627465704191 | Salma Ann | report@arbbio.com | salma@arbbio.com | +4915777793333 | facebook.com/reel/2130376030880599/ |
| 43 | 2026-11-09 | Facebook | 1836313894376347 | Awss m | a@awss.me | Morbacherwerg 3 | +4915777793333 | Facebook Page ID 100081522482148 |
| 44 | 2026-11-10 | Facebook | 1139414815305018 | Awss Al Masalma | a@awss.me | Königstrasse 20-22 | +49015777793333 | Facebook Page ID 100050421552691 |
| 45 | 2026-11-10 | Facebook | 1139414815305018 | Awss Al Masalma | a@awss.me | Königstrasse 20-22 | +49015777793333 | Facebook Page ID 100044690513868 |
| 46 | 2026-11-10 | Facebook | 1836313894376347 | Awss Al Masalma | a@awss.me | Königstrasse 20-22 | +49015777793333 | Facebook Page ID 100045786513719 |
| 47 | 2026-11-11 | Facebook | 1836313894376347 | Awss Al Masalma | a@awss.me | Königstrasse 20-22 | +49015777793333 | Facebook Page ID 100086096266721 |
| 48 | 2026-11-11 | YouTube | ZUVGDCK3QEPHEVPJ7SSINM2M24 | Sam Muller | awss.almasalma@gmail.com | Konigstrasse 20, 67655 Kaiserslautren, RLP, Germany | 1577779666 | youtube.com/watch?v=nJQNGWuiA6w |
| 49 | 2026-11-11 | YouTube | IZMAJACRPY3KGGXGO73JGGNPUE | Sam Muller | awss.almasalma@gmail.com | Konigstrasse 20, 67655 Kaiserslautren, rlp, Germany | 01577 7793333 | youtube.com/watch?v=-k4bU4lmNTA |
| 50 | 2026-11-11 | YouTube | C6CASXSLV5HCS3G37I553WJYPY | Sam Muller | awss.almasalma@gmail.com | Konigstarsse 20, 67655 Kaiserslautren, rlp, Germany | 1577779666 | youtube.com/watch?v=eNJuUy2vXqg |
| 51 | 2026-11-11 | YouTube | YR6IGQER7Z5C7Z2SPXMWCY366I | Sam Muller | awss.almasalma@gmail.com | Konigstarsse, 67655 Kaiserslautren, rlp, Germany | 01577 7779666 | youtube.com/watch?v=0tkW76V0FxU |
| 52 | 2026-11-13 | YouTube | INBUNXPI5QN2QVTGVTYHMLMGSM | Sam Muller | awss.almasalma@gmail.com | Konigstarsse 20, 67655 Kiaserslautren, rlp, Germany | 01577 7779666 | youtube.com/watch?v=WOkcNo7Nwgc |
| 53 | 2026-11-13 | YouTube | XQR4FUTAHW3J75OIXBLK6QDLQ4 | Sam Muller | awss.almasalma@gmail.com | Konigstarsse 22, 67655 Kaiserslautren, rlp, Germany | 1577779666 | youtube.com/watch?v=-z07u55FiVQ |
| 54 | 2026-11-14 | YouTube | BBTGTJFVKICVNURJISZMF3346E | Sam Muller | awss.almasalma@gmail.com | konigstrasse 20, 67655 kaiserslautren, RLP, Germany | 1577779666 | youtube.com/watch?v=yQSdKTCmN6g |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 55 | 2026-11-15 | YouTube | P62MFN4DHG3FV7HNPTHQVX7FXE | Sam Muller | awss.almasalma@gmail.com | Konigstrasse 20, 67655 Kaiserslautren, RLP, Germany | 01577 7779666 | youtube.com/watch?v=Yss_K5gFaBc |

# Exhibits G-1 to G-8

Meta counter-notification emails cited in the Complaint

# Exhibit G-1

| | |
|---|---|
| From | Facebook <case++aazso4xmu2ussq@support.facebook.com> |
| To | DMCA@watannetwork.com |
| Date | Thu, 29 Oct 2026 04:02:32 -0700 |
| Subject | Intellectual Property Report # 1664796045261061 |
| Message-ID | <lco.9f3c3b4988c88bb7.b78f3a9a@support.facebook.com> |

We are contacting you because we have received a counter-notification claiming that content we removed or disabled at your request was removed or disabled as a result of mistake or misidentification. The information provided to us by the person who submitted the counter-notification is included below.

Under the counter-notification process described in section 512(g)(2) of the Digital Millennium Copyright Act ("DMCA"), we will restore or cease disabling access to the removed or disabled material unless you notify us within 10 business days that you have filed an action seeking a court order to restrain the reported party from engaging in infringing activity on our platform related to the material in question.

No response to this message is required unless you have filed an action as described above and wish to provide us with notice of the action (preferably, along with a copy of your filed complaint), by replying to this message.

DMCA Counter-Notification:

Name: Awss Al Masalma
Mailing Address: Morbacherweg 3, 67806 Rockenhausen
Phone Number: +4915777793333
Email Address: awss@awss.me

Provide the URL leading directly to the content you're appealing:
https://www.facebook.com/reel/1827440118294002/

Describe why you believe the content should not have been removed:
There are disputes and claims raised by the other party concerning ownership of this content, and the matter has been referred to the courts. The other party must not use content protection mechanisms as a means of exerting pressure.

By submitting this counter-notice:
-you consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located, or if your address is outside the United States, for any judicial district in which we (the service provider) may be found
-you agree to accept service of process from the party who reported your content, or that party's agent
-you state under penalty of perjury that you have a good faith belief that the material in question was removed or disabled as a result of mistake or misidentification
I Agree

Electronic Signature:
Awss Al Masalma

Thanks,
Meta

# Exhibit G-2

| | |
|---|---|
| From | Facebook <case++aazr6d6nw4l7zi@support.facebook.com> |
| To | DMCA@watannetwork.com |
| Date | Fri, 30 Oct 2026 13:33:49 -0700 |
| Subject | Intellectual Property Report # 1580190923289669 |
| Message-ID | <lco.b6527d6219caec94.089b87a0@support.facebook.com> |

We are contacting you because we have received a counter-notification claiming that content we removed or disabled at your request was removed or disabled as a result of mistake or misidentification. The information provided to us by the person who submitted the counter-notification is included below.

Under the counter-notification process described in section 512(g)(2) of the Digital Millennium Copyright Act ("DMCA"), we will restore or cease disabling access to the removed or disabled material unless you notify us within 10 business days that you have filed an action seeking a court order to restrain the reported party from engaging in infringing activity on our platform related to the material in question.

No response to this message is required unless you have filed an action as described above and wish to provide us with notice of the action (preferably, along with a copy of your filed complaint), by replying to this message.

DMCA Counter-Notification:

Name: Salma Ann
Mailing Address: Konigstrasse 20, Kaiserslautren
Phone Number: +49015777779666
Email Address: aw@awss.me

Provide the URL leading directly to the content you're appealing:
https://www.facebook.com/reel/28921081640862853/

Describe why you believe the content should not have been removed:
I believe in good faith that removal was a mistake. Under the DMCA, please restore the video within the statutory timeframe unless the claimant provides notice of a filed lawsuit seeking a court order restraining this use.

By submitting this counter-notice:
-you consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located, or if your address is outside the United States, for any judicial district in which we (the service provider) may be found
-you agree to accept service of process from the party who reported your content, or that party's agent
-you state under penalty of perjury that you have a good faith belief that the material in question was removed or disabled as a result of mistake or misidentification
I Agree

Electronic Signature:
Salma Ann

Thanks,
Meta

# Exhibit G-3

| | |
|---|---|
| From | Facebook <case++aazrbm4l6ap3an@support.facebook.com> |
| To | DMCA@watannetwork.com |
| Date | Sun, 1 Nov 2026 06:07:53 -0800 |
| Subject | Intellectual Property Report # 1437543301901153 |
| Message-ID | <lco.5e9667e004d1a97d.109ce674@support.facebook.com> |

---

We are contacting you because we have received a counter-notification claiming that content we removed or disabled at your request was removed or disabled as a result of mistake or misidentification. The information provided to us by the person who submitted the counter-notification is included below.

Under the counter-notification process described in section 512(g)(2) of the Digital Millennium Copyright Act ("DMCA"), we will restore or cease disabling access to the removed or disabled material unless you notify us within 10 business days that you have filed an action seeking a court order to restrain the reported party from engaging in infringing activity on our platform related to the material in question.

No response to this message is required unless you have filed an action as described above and wish to provide us with notice of the action (preferably, along with a copy of your filed complaint), by replying to this message.

DMCA Counter-Notification:

Name: Awss M
Mailing Address: Konigstrasse 20, Kaiserslautren
Phone Number: +4915777793333
Email Address: aw@awss.me

Provide the URL leading directly to the content you're appealing:
https://www.facebook.com/reel/1577107383649852/

Describe why you believe the content should not have been removed:
I have a good-faith belief that removal resulted from mistake or misidentification. Please restore the video within the statutory timeframe unless you receive notice of a filed action seeking a court order restraining this use, as required by DMCA.

By submitting this counter-notice:
-you consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located, or if your address is outside the United States, for any judicial district in which we (the service provider) may be found
-you agree to accept service of process from the party who reported your content, or that party's agent
-you state under penalty of perjury that you have a good faith belief that the material in question was removed or disabled as a result of mistake or misidentification
I Agree

Electronic Signature:
Awss M

Thanks,
Meta

# Exhibit G-4

| | |
|---|---|
| From | Facebook <case++aazrrdvkbq5mnr@support.facebook.com> |
| To | DMCA@watannetwork.com |
| Date | Mon, 2 Nov 2026 02:12:44 -0800 |
| Subject | Intellectual Property Report # 1885631732883337 |
| Message-ID | <lco.8981c99f27d38eef.63e8e449@support.facebook.com> |

We are contacting you because we have received a counter-notification claiming that content we removed or disabled at your request was removed or disabled as a result of mistake or misidentification. The information provided to us by the person who submitted the counter-notification is included below.

Under the counter-notification process described in section 512(g)(2) of the Digital Millennium Copyright Act ("DMCA"), we will restore or cease disabling access to the removed or disabled material unless you notify us within 10 business days that you have filed an action seeking a court order to restrain the reported party from engaging in infringing activity on our platform related to the material in question.

No response to this message is required unless you have filed an action as described above and wish to provide us with notice of the action (preferably, along with a copy of your filed complaint), by replying to this message.

DMCA Counter-Notification:

Name: Anna Ann
Mailing Address: Konigstrasse 20, Kaiserslautren
Phone Number: +4915777779666
Email Address: salma@arbbio.com

Provide the URL leading directly to the content you're appealing:
https://www.facebook.com/reel/2422736088531942/

Describe why you believe the content should not have been removed:
I have a good-faith belief that removal resulted from mistake or misidentification. Please restore the video within the statutory timeframe unless you receive notice of a filed action seeking a court order restraining this use, as required by DMCA.

By submitting this counter-notice:
-you consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located, or if your address is outside the United States, for any judicial district in which we (the service provider) may be found
-you agree to accept service of process from the party who reported your content, or that party's agent
-you state under penalty of perjury that you have a good faith belief that the material in question was removed or disabled as a result of mistake or misidentification
I Agree

Electronic Signature:
Anna Ann

Thanks,
Meta

# Exhibit G-5

| | |
|---|---|
| From | Facebook <case++aazrdhih7huf74@support.facebook.com> |
| To | DMCA@watannetwork.com |
| Date | Mon, 9 Nov 2026 16:06:22 -0800 |
| Subject | Intellectual Property Report # 2115627465704191 |
| Message-ID | <lco.af4ef5789a43257e.a0f4de00@support.facebook.com> |

We are contacting you because we have received a counter-notification claiming that content we removed or disabled at your request was removed or disabled as a result of mistake or misidentification. The information provided to us by the person who submitted the counter-notification is included below.

Under the counter-notification process described in section 512(g)(2) of the Digital Millennium Copyright Act ("DMCA"), we will restore or cease disabling access to the removed or disabled material unless you notify us within 10 business days that you have filed an action seeking a court order to restrain the reported party from engaging in infringing activity on our platform related to the material in question.

No response to this message is required unless you have filed an action as described above and wish to provide us with notice of the action (preferably, along with a copy of your filed complaint), by replying to this message.

DMCA Counter-Notification:

Name: Salma Ann
Mailing Address: salma@arbbio.com
Phone Number: +4915777793333
Email Address: report@arbbio.com

Provide the URL leading directly to the content you're appealing:
https://www.facebook.com/reel/2130376030880599/

Describe why you believe the content should not have been removed:
I have a good-faith belief that removal resulted from mistake or misidentification. Please restore the video within the statutory timeframe unless you receive notice of a filed action seeking a court order restraining this use, as required by DMCA.

By submitting this counter-notice:
-you consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located, or if your address is outside the United States, for any judicial district in which we (the service provider) may be found
-you agree to accept service of process from the party who reported your content, or that party's agent
-you state under penalty of perjury that you have a good faith belief that the material in question was removed or disabled as a result of mistake or misidentification
I Agree

Electronic Signature:
Salma Ann

Thanks,
Meta

# Exhibit G-6

| | |
|---|---|
| From | Facebook <case++aazs36skao4jkj@support.facebook.com> |
| To | DMCA@watannetwork.com |
| Date | Tue, 10 Nov 2026 17:42:34 -0800 |
| Subject | Intellectual property report no. 1139414815305018 |
| Message-ID | <lco.88b8c2009b3c7770.6a51e4e9@support.facebook.com> |

We are contacting you because we have received a counter-notification claiming that content we've removed or disabled at your request was removed or disabled as a result of mistake or misidentification. The information provided to us by the person who submitted the counter-notification is included below.

Under the counter-notification process described in section 512(g)(2) of the Digital Millennium Copyright Act ("DMCA"), we will restore or cease disabling access to the removed or disabled material unless you notify us within 10 working days that you have filed an action seeking a court order to restrain the reported party from engaging in infringing activity on our platform related to the material in question.

No response to this message is required unless you have filed an action as described above and wish to provide us with notice of the action (preferably, along with a copy of your filed complaint), by replying to this message.

DMCA counter-notification:

Name: Awss Al Masalma
Postal address: Königstrasse 20-22
Phone number: +49015777793333
Email address: a@awss.me

Provide the URL leading directly to the content that you're appealing:
100050421552691

Describe why you believe that the content should not have been removed:
I have a good-faith belief that removal resulted from mistake or misidentification. Please restore the video within the statutory timeframe unless you receive notice of a filed action seeking a court order restraining this use, as required by DMCA.

By submitting this counter-notice:
-you consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located, or if your address is outside the United States, for any judicial district in which we (the service provider) may be found
-you agree to accept service of process from the party who reported your content, or that party's agent
- you state under penalty of perjury that you have a good-faith belief that the material in question was removed or disabled as a result of mistake or misidentification
I agree

Electronic signature:
Awss Al Masalma

Thanks,
Meta

# Exhibit G-7

From Facebook <case++aazrdxcimj4jbz@support.facebook.com>
To DMCA@watannetwork.com
Date Tue, 10 Nov 2026 17:45:42 -0800
Subject Intellectual Property Report # 1836313894376347
Message-ID <lco.1dab4fd9ca28bbab.7fa239da@support.facebook.com>

---

We are contacting you because we have received a counter-notification claiming that content we removed or disabled at your request was removed or disabled as a result of mistake or misidentification. The information provided to us by the person who submitted the counter-notification is included below.

Under the counter-notification process described in section 512(g)(2) of the Digital Millennium Copyright Act ("DMCA"), we will restore or cease disabling access to the removed or disabled material unless you notify us within 10 business days that you have filed an action seeking a court order to restrain the reported party from engaging in infringing activity on our platform related to the material in question.

No response to this message is required unless you have filed an action as described above and wish to provide us with notice of the action (preferably, along with a copy of your filed complaint), by replying to this message.

DMCA Counter-Notification:

Name: Awss Al Masalma
Mailing Address: Kõnigstrasse 20-22
Phone Number: +49015777793333
Email Address: a@awss.me

Provide the URL leading directly to the content you're appealing:
100045786513719

Describe why you believe the content should not have been removed:
I have a good-faith belief that removal resulted from mistake or misidentification. Please restore the video within the statutory timeframe unless you receive notice of a filed action seeking a court order restraining this use, as required by DMCA.

By submitting this counter-notice:
-you consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located, or if your address is outside the United States, for any judicial district in which we (the service provider) may be found
-you agree to accept service of process from the party who reported your content, or that party's agent
-you state under penalty of perjury that you have a good faith belief that the material in question was removed or disabled as a result of mistake or misidentification
I Agree

Electronic Signature:
Awss Al Masalma

Thanks,
Meta

# Exhibit G-8

| | |
|---|---|
| From | Facebook <case++aazrdxcimj4jbz@support.facebook.com> |
| To | DMCA@watannetwork.com |
| Date | Wed, 11 Nov 2026 07:47:44 -0800 |
| Subject | Intellectual Property Report # 1836313894376347 |
| Message-ID | <lco.77436a2ca80fa27b.caf13464@support.facebook.com> |

We are contacting you because we have received a counter-notification claiming that content we removed or disabled at your request was removed or disabled as a result of mistake or misidentification. The information provided to us by the person who submitted the counter-notification is included below.

Under the counter-notification process described in section 512(g)(2) of the Digital Millennium Copyright Act ("DMCA"), we will restore or cease disabling access to the removed or disabled material unless you notify us within 10 business days that you have filed an action seeking a court order to restrain the reported party from engaging in infringing activity on our platform related to the material in question.

No response to this message is required unless you have filed an action as described above and wish to provide us with notice of the action (preferably, along with a copy of your filed complaint), by replying to this message.

DMCA Counter-Notification:

Name: Awss Al Masalma
Mailing Address: Königstrasse 20-22
Phone Number: +49015777793333
Email Address: a@awss.me

Provide the URL leading directly to the content you're appealing:
100086096266721

Describe why you believe the content should not have been removed:
I have a good-faith belief that removal resulted from mistake or misidentification. Please restore the video within the statutory timeframe unless you receive notice of a filed action seeking a court order restraining this use, as required by DMCA.

By submitting this counter-notice:
-you consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located, or if your address is outside the United States, for any judicial district in which we (the service provider) may be found
-you agree to accept service of process from the party who reported your content, or that party's agent
-you state under penalty of perjury that you have a good faith belief that the material in question was removed or disabled as a result of mistake or misidentification
I Agree

Electronic Signature:
Awss Al Masalma

Thanks,
Meta

# Exhibit H

Drama Kingdom GmbH, public register information

# Exhibit H: Drama Kingdom GmbH

| Field | Value | Source |
|---|---|---|
| Legal name | Drama Kingdom GmbH | 1, 2 |
| Registered address | Morbacherweg 3, 67806 Rockenhausen, Germany | 1, 2, 3 |
| Register | Amtsgericht Kaiserslautern, HRB 33221 | 1, 2 |
| Registered since | May 11, 2021 | 1 |
| Managing director (Geschäftsführer) | Awss Al Masalma | 1 (full name); 2 ("A. Masalma") |
| Share capital | EUR 25,000 | 1 |
| Business purpose | "Gegenstand des Unternehmens sind Dienstleistungen im Breich Medien und Werbe- und Marketingtätigkeiten." (media services and advertising and marketing activities) | 1 |
| Telephone | 01577 7793333 | 3 |
| Website | www.drama-kinddom.com (as listed) | 3 |

# Matches with the counter-notifications

| Register detail | Same detail in counter-notifications |
|---|---|
| Morbacherweg 3, 67806 Rockenhausen | Address given by "Awss Al Masalma" to Meta, Oct 29, 2026 (Exhibit G-1), and by "Awss m" ("Morbacherweg 3"), Nov 9, 2026 |
| Phone 01577 7793333 | Phone given by "Awss Al Masalma", "Awss M" and "Salma Ann" to Meta (Exhibits G-1, G-3, G-5) and by "Sam Muller" to YouTube (Exhibit E-3) |
| Name "Drama Kingdom" | YouTube channel that uploaded the videos in Exhibits D-2 and D-3; Facebook Rights Manager account مملكة الدراما (ID 118950768738074) |

# Sources (retrieved November 12, 2026)

1. Implisense company profile: https://app.implisense.com/en/companies/drama-kingdom-gmbh-rockenhausen--DE9OFDQ6CA78
2. Databyte company profile: https://www.databyte.de/loesungen/firmensuche/firmenprofil/DE+DB45906000412+Kaiserslautern-HRB-33221
3. meinestadt.de business listing: https://branchenbuch.meinestadt.de/rockenhausen/company/15554905

This page summarizes third-party company databases. Before filing, attach the official current printout (Aktueller Abdruck, "AD") for HRB 33221 from the German register portal, www.handelsregister.de, which lists the managing director and registered address.

# Exhibit I

Letters of the Syrian Arab Republic, Ministry of Information, General Organization for Television Production, to WatanNetwork: No. 764 dated November 2, 2026 and No. 767 dated November 5, 2026, with English translation

# English translation

Translation from Arabic of the two letters that follow. Translated by Plaintiff Mohamad Bassel Khair, who is fluent in Arabic and English.

**Letter No. 764 / P.M., Damascus, November 2, 2026**

Syrian Arab Republic, Ministry of Information, The General Organization for Television Production

To: Watan Network, represented by its General Manager, Mr. Mohamad Bassel Khair

Greetings. We have observed the broadcast of content belonging to the Organization through the following two YouTube links:

1. https://youtube.com/@dramakingdom
2. https://youtube.com/@hakayadrama

On verification, it was found that the two links do not currently hold any rights to display or broadcast the Organization's technical content. Accordingly, please review and stop the broadcast of the technical content that you are charged with protecting from illegitimate exploitation, and collect the revenues earned from the infringing broadcast for the period from January 22, 2026 until the date the broadcast and display are stopped, noting that the two links were never included in the white lists sent to you (List 1, No. 40/P.M., dated January 22, 2026; List 2, No. 267/P.M., dated May 20, 2026; and List 3, No. 435/P.M., dated July 19, 2026).

Please also stop the broadcast of the content you are charged with protecting on YouTube and Facebook, if found, on all channels and pages not included in white list No. 435/P.M. dated July 19, 2026.

With thanks for your cooperation. General Director, Marwan Jaloul Al-Hussein. [Signature and seal]

Copies to: Financial Affairs; Marketing and Public Relations; Registry.

**Letter No. 767 / P.M., Damascus, November 5, 2026**

Same sender and addressee. Same text as Letter No. 764, except that the two links identified are Facebook Rights Manager accounts:

1. Drama Kingdom: Rights Holder ID 118950768738074
2. Media Rights Register: Rights Holder ID 101267706090549

I certify that this translation is true and accurate to the best of my knowledge and ability.

_______________________ Date: November 16, 2026

Mohamad Bassel Khair

SYRIAN ARAB REPUBLIC
MINISTRY OF INFORMATION
THE GENERAL ORGANIZATION
FOR TELEVISION PRODUCTION

الجمهورية العربية السورية
وزارة الإعلام
المؤسسة العامة للإنتاج التلفزيوني

الرقم: ٧٦٤/ص م.

السادة شبكة وطن نتوورك

ممثلة بمديرها العام السيد محمد باسل خير المحترم

تحية طيبة:

تم ملاحظة بث محتوى في عائد للمؤسسة عبر رابطي اليوتيوب التاليين:

| | |
|---|---|
| ١ | https://youtube.com/@dramakingdom?si=QRohEGNK6RIRgTE8 |
| ٢ | -https://youtube.com/@hakayadrama?si=SckZ63eTG_7-Q2G |

ولدى التدقيق تبين لنا أن الرابطان المذكوران لا يمتلكان حالياً أية حقوق لعرض و بث المحتوى الفني للمؤسسة .

بناء عليه يرجى الاطلاع وايقاف بث المحتوى الفني المكلفون بحمايته من الاستغلال غير المشروع وتحصيل الإيرادات المتحققة من البث المخالف عن الفترة من ٢٠٢٦/١/٢٢ ولغاية تاريخ ايقاف البث والعرض، علماً أن الرابطين المذكورين لم يذكرا نهائياً في القوائم البيضاء المرسلة لكم ( القائمة الأولى رقم ٤٠/ ص م تاريخ ٢٠٢٦/١/٢٢ والقائمة الثانية رقم ٢٦٧/ ص م تاريخ ٢٠٢٦/٥/٢٠ والقائمة الثالثة رقم ٤٣٥/ ص م تاريخ ٢٠٢٦/٧/١٩ ).

كما يرجى ايقاف بث محتوى المؤسسة المكلفين بحمايته على موقعي اليوتيوب والفيس بوك - إن وجد - على كافة القنوات والصفحات التي لم يرد ذكرها في القائمة البيضاء المرسلة لكم برقم ٤٣٥/ ص م تاريخ ٢٠٢٦/٧/١٩.

شاكرين تعاونكم

دمشق في: / /١٤٤٨ هـ - الموافق: ٤/ ١١/ ٢٠٢٦ م

المدير العام

أ.مروان جلول الحسين

نسخة إلى:
- م. الشؤون المالية
- م. التسويق والعلاقات العامة
- الديوان

وزارة الإعلام
المؤسسة العامة للإنتاج التلفزيوني

Galaxy S20 FE

SYRIAN ARAB REPUBLIC
MINISTRY OF INFORMATION
THE GENERAL ORGANIZATION FOR TELEVISION PRODUCTION

الجمهورية العربية السورية
وزارة الإعلام
المؤسسة العامة للإنتاج التلفزيوني

الرقم: ٦٧/٧/م.ع.م

السادة شبكة وطن نتوورك

ممثلة بمديرها العام السيد محمد باسل خير الحرم

**تحية طيبة:**

تم ملاحظة بث محتوى فني عائد للمؤسسة عبر رابطي الفيس بوك التاليين:

| | |
|---|---|
| ١ | (Drama Kingdom): Rights Holder ID: 118950768738074 مملكة الدراما |
| ٢ | Media Rights Register: Rights Holder ID: 101267706090549 |

ولدى التدقيق تبين لنا أن الرابطان المذكوران لا يمتلكان حالياً أية حقوق لعرض و بث المحتوى الفني للمؤسسة، بناء عليه يرجى الاطلاع وإيقاف بث المحتوى الفني المكلفون بحمايته من الاستغلال غير المشروع وتحصيل الإيرادات المتحققة من البث المخالف عن الفترة من ٢٠٢٦/١/٢٢ ولغاية تاريخ ايقاف البث والعرض، علماً أن الرابطين المذكورين لم يذكرا نهائياً في القوائم البيضاء المرسلة لكم ( القائمة الأولى رقم ٤٠/ ص م تاريخ ٢٠٢٦/١/٢٢ والقائمة الثانية رقم ٣٦٧/ ص م تاريخ ٢٠٢٦/٥/٢٠ والقائمة الثالثة رقم ٤٣٥/ ص م تريخ ٢٠٢٦/٧/١٩).

كما يرجى ايقاف بث محتوى المؤسسة الكلفين بحمايته على موقعي اليوتيوب والفيس بوك - إن وجد - على كافة القنوات والصفحات التي لم يرد ذكرها في القائمة البيضاء المرسلة لكم برقم ٤٣٥/ ص م تاريخ ٢٠٢٦/٧/١٩.

**شاكرين تعاونكم**

دمشق في: / / ١٤٤٨هـ- الموافق ١١/٥ /٢٠٢٦م

المدير العام

أ.مروان جلول الحسين

وزارة الإعلام
المؤسسة العامة للإنتاج التلفزيوني

**نسخة إلى:**
- م. الشؤون المالية
- م. التسويق والعلاقات العامة
- الديوان