AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

MOHAMAD BASSEL KHAIR

*Plaintiff(s)*

v.

AWSS AL MASALMA, also known as "SAM MULLER," "SALMA ANN," "ANNA ANN," "ANNA AN," and "AWSS M"

*Defendant(s)*

Civil Action No. CV 26-13885 JD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AWSS AL MASALMA
Morbacherweg 3, 67806 Rockenhausen, Germany
also: Königstrasse 20, 67655 Kaiserslautern, Germany
Email: awss.almasalma@gmail.com; awss@awss.me

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mohamad Bassel Khair, Plaintiff, Pro Se
1220 Crossing Way
Wayne, NJ 07470
(862) 252-0828; khair.b@watannetwork.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: 16 November 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Awss Al Masalma
was received by me on *(date)* ____________ .

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc: